IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

KEVIN SUCHITE GARCIA,

Petitioner,

v. Civil Action No. 2:26-cv-769

JEFFREY CRAWFORD,

Respondent.

**FINAL ORDER**

This matter is before the Court on the 28 U.S.C. § 2241 petition of Kevin Suchite Garcia ("Petitioner"), a detainee of United States Immigration and Customs Enforcement, seeking immediate release immigration detention or a constitutionally adequate bond hearing. Dkt. No. 1. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Rule 72 of the Local Civil Rules. Dkt. No. 3.

On September 30, 2026, the Magistrate Judge filed a Report and Recommendation recommending that the Court deny the Petition because Petitioner, who is subject to detention under § 1226(a), has already received the bond hearing due to him under the statutory framework and has failed to establish that he is entitled to any further habeas relief. Dkt. No. 9, at 8. By copy of the report, the parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, *id.* at 8–9, and no objections have been filed.

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that the petition for a writ of habeas corpus is **DENIED.**

The Clerk is DIRECTED to send a copy of this Order to Petitioner at his address of record and all counsel of record.

It is SO ORDERED.

/s/

Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: October 15, 2026